DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Magnolia Mfg. of N.C., Inc. v. Erie Ins. Exch.<br><br>Case below:<br>361 N.C. 213 | No. 525A06-2 | Plt/Appellee/Petitioner's Petition for Rehearing | Denied 03/08/07<br><br>**Parker, C.J., Timmons-Goodson, J., and Hudson, J., Recused** |
| Shepard v. Ocwen Federal Bank, FSB<br><br>Case below:<br>361 N.C. 137 | No. 476A05-2 | Plt's Petition for Rehearing | Denied 02/01/07 |
| Skinner v. Preferred Credit<br><br>Case below:<br>361 N.C. 114 | No. 525A05-2 | Plt's Petition for Rehearing | Denied 2/15/07 |